**Entered on Docket**
**April 19, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

AARON & PATERNOSTER, LTD.
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Ave., Suite 650
Las Vegas, NV 89102
Ph: (702) 384-4111
Fx: (702) 384-8222
email: bk@aaronpaternoster.com
Attorneys for Debtor,
Saleh Elghasen

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**SALEH ELGHASEN,**<br><br><br><br>                    Debtor<br><br>_____ | ) Chapter 13 Proceedings<br>) Case No.: 08-17963-LBR<br>)<br>)<br>)<br>)<br>)<br>) DATE: N/A<br>) TIME: N/A<br>) |

### EX PARTE ORDER VACATING ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte Motion To Vacate Order Of Dismissal of Debtor, SALEH ELGHASEN, is granted to allow Debtor's attorney to proceed with an Application for Compensation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court's Order of Dismissal entered by the Court on or about March 8, 2010, shall hereby be vacated and a new Order of Dismissal will be entered by the Court after the Order Approving Debtor's

/ / /

/ / /

/ / /

Application for Compensation is entered on the Court Docket.

Dated: April 16, 2010                                                              Submitted by:

              AARON AND PATERNOSTER LTD.

              By:/s/ Matthew Aaron, Esq.
              MATTHEW E. AARON, ESQ.
              Attorneys for Debtor,
              Saleh Elghasen

  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

  _____ The court has waived the requirement of approval under LR9021.

  __X__ This is a Chapter 7 or 13 case, and either with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the Order, or failed to respond, as indicated below [list each party and whether the party approved, disapproved, or failed to respond to the document]:

  _____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

  _____ I certify that I have served a copy of this order with the motion and no parties appeared or filed written objections.

Approved/Disapproved

By: *FAILED TO RESPOND*
  Rick Yarnall, Chapter 13 Trustee